**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **MUKHAMMADJON MAKHMUDOV,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **v.** | )    **Case No. CIV-25-1526-G** |
| | ) |
| **PAMELA BONDI, Attorney General** | ) |
| **of the United States, et al.,** | ) |
| | ) |
| **Respondents.** | ) |

**ORDER**

On March 18, 2026, certain Respondents filed an Objection (Doc. No. 14) to the Report and Recommendation issued on March 11, 2026 (Doc. No. 13).

Given the expedited nature of the proceedings, Petitioner Mukhammadjon Makhmudov is DIRECTED to file any response to Respondents' Objection (Doc. No. 14) on or before March 30, 2026.

IT IS SO ORDERED this 23rd day of March, 2026.

_____
CHARLES B. GOODWIN
United States District Judge