### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

MUKHAMMADJON )
MAKHMUDOV, )
  )
  Petitioner, )
  )
v. ) Case No. CIV-25-1526-G
  )
PAMELA BONDI, et al., )
  )
  Respondents. )
  )

## ORDER

The Report and Recommendation filed on March 11, 2026, Doc. 13, is amended to correct typographical errors. All other aspects of the original Report and Recommendation remain the same. The Clerk of Court is directed to file the corrected Report and Recommendation effective nunc pro tunc to the date the original Report and Recommendation was filed.

**SO ORDERED** this 3rd day of April, 2026.

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE